**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 561**

| | |
|---|---|
| In the Matter of | Case Number: |
| Alexei & Olga Pavlovitch v. Gerard Heinauer, Director of the USCIS Nebraska Service Center, Department of Homeland Security; Robert S. Mueller, Director, Federal Bureau of Investigation et al. Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs: Alexei & Olga Pavlovitch

**JUDGE CONLON**
**MAGISTRATE JUDGE COLE**

| |
|---|
| NAME (Type or print) |
| Mark S. Davidson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Mark S. Davidson |
| FIRM |
| Davidson & Schiller, LLC. |
| STREET ADDRESS |
| One North LaSalle Street, Suite 2400 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 14722 | (312)499-9000 |

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | ✓ | NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | | NO | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | | NO | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | ✓ | NO | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT