UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXEI KONSTANTINOVITCH PAVLOVITCH /A 099 346 012/ & OLGA PAVLOVITCH /A 099 346013/ <br><br> Plaintiff, <br><br> v. <br><br> Gerard Heinauer, Director of the USCIS Nebraska Service Center, Department of Homeland Security; Emilio Gonzalez, Director of the U.S. Citizenship and Immigration Services, Department of Homeland Security; Michael Chertoff, Secretary, Department of Homeland Security; Michael B. Mukasey, Attorney General, U.S. Department of Justice <br><br> & <br><br> Robert S. Mueller, Director, Federal Bureau of Investigation <br><br> Defendants | No. 08 C 561 <br><br> Judge Suzanne B. Conlon |

## **MOTION TO DISMISS**

Plaintiff, by his undersigned attorney, moves for dismissal of his mandamus complaint since all issues have been resolved and Alexei & Olga Pavlovitch were granted permanent resident status on March 1, 2008.

WHEREFORE, the Plaintiff prays that this matter be dismissed.

                                                          Respectfully submitted,

                                                          MARK S. DAVIDSON
                                                          Attorney for Plaintiff

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

## **CERTIFICATE OF SERVICE**

I, Mark S. Davidson, hereby certify that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the above attached Motion to Dismiss (No. 08 C 561) was served on March 14, 2008 pursuant to the district court's ECF system to the following ECF filer:

United States Attorneys Office
219 South Dearborn Street
Chicago, Illinois, 60604

    By: s/Mark S. Davidson

    MARK S. DAVIDSON
    Davidson & Schiller, LLC
    One North LaSalle Street, Suite 2400
    Chicago, Illinois 60602
    Telephone: (312) 499-9000