# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0561 | **DATE** | 3/18/2008 |
| **CASE TITLE** | ALEXI PAVLOVITCH, ET AL vs. GERARD HEINAUER, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff reports that the case has settled. The case is dismissed pursuant to settlement agreement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|